371 A.2d 248

Marchetti, Appellant, v. Ashland and
Shamokin Auto Bus Co., Inc.,
et al.

Argued June 15, 1976.  Guy W. Schlesinger, with him Andrew M. Pipa, Jr., for appellant; Louis Cohen, for appellees.

Order affirmed.

WATKINS, P. J., did not participate in the consideration or decision of this case.

371 A.2d 248

Mullan et ux. v. Alexander et al.,
Appellants.

Argued June 11, 1975.  Robert St. Leger Goggin, with him Marshall, Dennehey & Warner, for appellants; Martin J. Corr, with him Connolly, McAndrews, Kihm & Stevens, for appellees.

Order affirmed.